```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/11
```

Michael B. Schulman & Associates
Michael B. Schulman (MS 3690)
145 Pinelawn Road, Suite 310N
Melville, New York  11747
Telephone: 631-622-2080
mschulman@mbslegal.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

STEVEN KRASNER, ALISON KRASNER,
MICHELE TELLONE a/k/a MIKE TELLONE, and
TAMIE TELLONE,

          Plaintiffs,

  -against-

RAHFCO FUNDS LP, RAHFCO SELECT LP,
RAHFCO MANAGEMENT GROUP, LLC,
RAHFCO INVESTMENT FUNDS LP,
GIBRALTAR PARTNERS d/b/a GIBRALTAR
PARTNERS INC., GIBRALTAR FUNDS d/b/a
GIBRALTAR FUNDS INC., ANTHONY JOHNSON,
ROBERT JOHNSON, CHRISTINE JOHNSON,
Individually and d/b/a ARC VENTURES, ALLISON
JOHNSON, ROBERT JOHNSON, SR., ANNETTE
JOHNSON, RANDAL K. HANSEN a/k/a RANDY K.
HANSEN, GLENN GRIFFIN, VINCENT PUMA, KEVIN
NUGENT, WARD ONSA, HUDSON PARTNERS NYC
LLC, SPICER JEFFRIES LLP, SFG ACCOUNTING
PLLC, MAN FINANCIAL INC., PERMAPAVE USA
CORP., VERIGREEN, STELLAR CORPORATION
SERVICES LLC, CAPSTONE INVESTMENT FUNDS LLP,
MEIDINGER & ASSOCIATES CPA'S PROF LLC,
SUSAN MEIDINGER, CPA, ENTRUST GROUP d/b/a
ENTRUST RETIREMENT SERVICES,
and "JOHN DOE" numbers 1-10,

          Defendants.

--------------------------------------------------------------X

Civil Action No.:
11 CV 4092 (VB)

STIPULATION
TO EXTEND TIME
FOR PLAINTIFFS
TO OPPOSE
DEFENDANTS VINCENT
PUMA and HUDSON
PARTNERS NYC, LLC'S
12(b)(6) MOTION TO
DISMISS AND
EXTENDING VINCENT
PUMA AND HUDSON
PARTNERS NYC, LLC'S
TIME TO REPLY TO
PLAINTIFF'S
OPPOSITION

   **IT IS HEREBY STIPULATED** by and between plaintiffs' counsel and defendants Vincent Puma and Hudson Partners NYC, LLC's counsel as follows:

1

1. Defendants Vincent Puma and Hudson Partners NYC, LLC filed a motion to dismiss pursuant to Rules 9(b) and 12(b)(6) in this matter on July 19, 2011.

2. The parties agree to extend the time for plaintiffs to oppose the motion to October 3, 2011.

3. The parties agree to extend the time for defendants Vincent Puma and Hudson Partners NYC, LLC, to reply to plaintiffs' opposition until October 28, 2011.

4. This is the second such request for an extension of time on behalf of plaintiff.

This Stipulation may be executed in counterparts and facsimile or electronic signatures will be deemed originals for the purpose of filing this Stipulation with the Court.

DATED:    Melville, New York
          August 31, 2011

_____
Michael B. Schulman & Associates, P.C.
By: Henry M. Graham (HG1498)
Attorneys for Plaintiffs
145 Pinelawn Road, Suite 310N
Melville, New York 11747
(631) 622-2080

_____
Richard J. Babnick, Jr., Esq. (RB-3374)
Sichenzia Ross Friedman Ference LLP
Attorney for Defendants Vincent Puma
and Hudson Partners NYC, LLC
61 Broadway, 32nd Floor
New York, NY 10006
(212) 930-9700

SO ORDERED
         September 7, 2011
Dated:   ~~August 31, 2011~~
         White Plains, New York

_____
Honorable VINCENT L. BRICCETTI
UNITED STATES DISTRICT COURT JUDGE

2