UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STEVEN KRASNER, ALISON KRASNER, :
MICHELE TELLONE a/k/a Mike Tellone, : **ORDER**
TAMIE TELLONE, DAVID FIEDERLEIN, :
Individually and as Trustee for the :
FIEDERLEIN FAMILY LTD PARTNERSHIP, :
and BARBARA FIEDERLEIN, : 11 CV 4092 (VB)
         Plaintiffs, :
          :
v. :
          :
RANDAL KENT HANSEN, :
         Defendant. :
--------------------------------------------------------------x
DIETMAR ROSE, KUPIAN FROLOV, :
HAROLD RODENBEIKER, TOM :
SCHNEIDER, DAVID PETERSON, LEWIS :
NORMAN FERRIER, GARY FRITZ, MERLE :
GILBERTSON, JAMES KELLER, DORAYN : 13 CV 5804 (VB)
KEMMITZ, PAULA KOCHON, RALPH :
MARTIN, JOHN VIGLUCCI, JR., :
         Plaintiffs, :
          :
v. :
          :
RANDAL KENT HANSEN, :
         Defendant. :
--------------------------------------------------------------x

      The only claims remaining in these related cases are those against defendant Randal Kent Hansen, which were stayed during the pendency of bankruptcy proceedings, pursuant to 11 U.S.C. § 362. On March 7, 2017, the Court thus ordered plaintiffs' counsel to advise the Court by letter of the status of defendant Hansen's bankruptcy proceedings and whether the claims against him should be dismissed and the case closed.

      Pursuant to Court orders, plaintiffs' counsel provided status reports by letters dated March 15, 2017, June 9, 2017, September 19, 2017, and December 19, 2017, requesting the matter be kept open against Hansen as Hansen's bankruptcy proceedings were still ongoing.

On December 19, 2017, the Court ordered plaintiffs' counsel to provide another status update regarding the bankruptcy proceedings by March 19, 2018—as the Court had done in response to all of plaintiffs' counsel's previous status updates.

Plaintiffs' counsel failed to provide a status update by March 19, 2018. Thus, on April 25, 2018, the Court extended plaintiffs' counsel's time to provide further update to May 4, 2018.[1]

To date, the Court has not received any status update or submission of any kind from plaintiffs' counsel.

Plaintiffs' counsel having ignored multiple Court orders, the Court concludes that plaintiffs have abandoned these cases. Accordingly, these cases are DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders. See Fed. R. Civ. P. 41(b).

The Clerk is instructed to close these cases.

Dated: June 4, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] The April 25, 2018, Order was docketed in Cae No. 11 CV 4092, but not 13 CV 5804. However, plaintiffs' counsel is the same in both cases, and the Order clearly applied to both cases.